**Thomas V. Dulcich, OSB #802105**
Email tdulcich @schwabe.com
**Andrew J. Lee, OSB #023646**
Email ajlee@schwabe.com
**Rebecca A. Lindemann, OSB #074801**
Email rlindemann@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

Of Attorneys for Defendant Boy Scouts of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN SMITH, a pseudonym,**<br><br>Plaintiff,<br><br>v.<br><br>**THE BOY SCOUTS OF AMERICA, a congressionally chartered corporation, authorized to do business in Oregon; and CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA, an Oregon non-profit corporation,**<br><br>Defendants. | No. 3:12-cv-1630<br><br>**DEFENDANT BOY SCOUTS OF AMERICA'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Boy Scouts of America discloses that it is a non-profit corporate entity.  The Boy Scouts of America has no parent

Page 1 -    **DEFENDANT BOY SCOUTS OF AMERICA'S CORPORATE DISCLOSURE STATEMENT**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
360 SW Bond Street, Suite 400
Bend, OR 97702
Telephone (541) 749-4044

PDX/119817/163825/RLI/10083309.1

corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated this 11th day of September, 2012.

        Respectfully submitted,

        SCHWABE, WILLIAMSON & WYATT, P.C.

        By:    s/ Rebecca Lindemann
                  Thomas V. Dulcich, OSB #802105
                  Andrew J. Lee, OSB #023646
                  Rebecca A. Lindemann, OSB #074801
                  Telephone 503.222.9981
                  Of Attorneys for Defendant Boy Scouts Of America

Page 2 -    DEFENDANT BOY SCOUTS OF AMERICA'S
            CORPORATE DISCLOSURE STATEMENT

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
360 SW Bond Street, Suite 400
Bend, OR 97702
Telephone (541) 749-4044

PDX/119817/163825/RLI/10083309.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2012, I served the following

DEFENDANT BOY SCOUTS OF AMERICA'S CORPORATE DISCLOSURE STATEMENT

on the following parties by the method indicated below:

| | |
|---|---|
| Randall Vogt<br>RANDALL VOGT PC<br>1314 NW Irving, Suite 207<br>Portland, OR 97209<br>Telephone: (503) 228-9858<br>Facsimile: (503) 228-9860<br>E-mail: vogt4me1@comcast.net<br><br>Of *Attorneys for Plaintiff* | ☐ Hand Delivery<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Overnight Courier<br>☐ Email<br>☒ ECF |
| Ms. Nicole M. Rhoades<br>Mr. Matthew R. Wiese<br>Davis Rothwell Earle & Xóchihua PC<br>U.S. Bancorp Tower, Suite 2700<br>111 SW Fifth Avenue<br>Portland, OR 97204-3650<br>Telephone: (503) 222-4422<br>Facsimile: (503) 222-4428<br>Email: nrhoades@davisrothwell.com<br>mwiese@davisrothwell.com<br><br>*Of Attorneys for Defendant*<br>*Cascade Pacific Council,*<br>*Boy Scouts of America* | ☐ Hand Delivery<br>☐ Facsimile<br>☐ U.S. Mail<br>☐ Overnight Courier<br>☐ Email<br>☒ ECF |

s/ Rebecca Lindemann
Rebecca A. Lindemann, OSB #074801

Page 1 -   CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/119817/163825/RLI/10083309.1