**Randall Vogt, OSB #773813**
Email:  vogt4me1@comcast.net
**Barbara C. Long, OSB #122428**
Email:  blong.law@gmail.com
Randall Vogt PC
1314 NW Irving, Suite 207
Portland, OR  97209
Telephone:  (503) 228-9858
Facsimile:  (503) 228-9860

  Of Attorneys for Plaintiff

**Thomas V. Dulcich, OSB #802105**
Email:  tdulcich @schwabe.com
**Andrew J. Lee, OSB #023646**
Email:  ajlee@schwabe.com
**Rebecca A. Lindemann, OSB #074801**
Email:  rlindemann@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone:  (503) 222-9981
Facsimile:  (503) 796-2900

  Of Attorneys for Defendant
  Boy Scouts of America

**Nicole M. Rhoades, OSB #993525**
Email:  nrhoades@davisrothwell.com
**Matthew R. Wiese, OSB #070740**
Email:  mwiese@davisrothwell.com
Davis Rothwell Earle & Xóchihua PC
U.S. Bancorp Tower, Suite 2700
111 SW Fifth Avenue
Portland, OR  97204-3650
Telephone:  (503) 222-4422
Facsimile:  (503) 222-4428

  Of Attorneys for Defendant
  Cascade Pacific Council, Boy Scouts of America

Page 1 -    **STIPULATED MOTION TO REMAND AND FOR**
    **AWARD OF ATTORNEY FEES AND COSTS**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JOHN SMITH,** a pseudonym,<br><br>   Plaintiff,<br><br>   v.<br><br>**BOY SCOUTS OF AMERICA,** a congressionally chartered corporation, authorized to do business in Oregon; and **CASCADE PACIFIC COUNCIL, BOY SCOUTS OF AMERICA,** an Oregon non-profit corporation,<br><br>   Defendants. | No. 3:12-cv-1630-HZ<br><br>**STIPULATED MOTION TO REMAND AND FOR AWARD OF ATTORNEY FEES AND COSTS** |

All parties to this action stipulate and respectfully request that the court remand this action to the Circuit Court of the State of Oregon, Multnomah County, and enter an award of attorney fees and costs to plaintiff in the amount of $1,071.25.

IT IS SO STIPULATED this 11th day of October, 2012:

| RANDALL VOGT, P.C. | SCHWABE, WILLIAMSON & WYATT, P.C. |
|---|---|
| By:s/ Randall Vogt<br>   Randall Vogt<br>   vogt4me1@comcast.net<br>   Barbara C. Long<br>   blong.law@gmail.com<br>   1314 NW Irving, Suite 207<br>   Portland, OR  97209<br>   Telephone:  (503) 228-9858<br>   Facsimile:  (503) 228-9860<br><br>   Of Attorneys for Plaintiff | By:s/ Margaret Hoffmann<br>   Thomas V. Dulcich, OSB #802105<br>   tdulcich@schwabe.com<br>   Margaret Hoffmann, OSB #901452<br>   mhoffmann@schwabe.com<br>   Rebecca Lindemann, OSB#074801<br>   rlindemann@schwabe.com<br>   1211 SW 5th Ave, Suite 1900<br>   Portland, OR  97204<br>   Telephone:  (503) 222.9981<br>   Facsimile: (503) 796.2900<br><br>   Of Attorneys for Defendant,<br>   Boy Scouts of America |

DAVIS ROTHWELL EARLE &
XÓCHIHUA PC


By: s/ Nicole M. Rhoades
    Nicole M. Rhoades
    nrhoades@davisrothwell.com
    Matthew R. Wiese
    mwiese@davisrothwell.com
    U.S. Bancorp Tower, Suite 2700
    111 SW Fifth Avenue
    Portland, OR  97204-3650
    Telephone:  (503) 222-4422
    Facsimile:  (503) 222-4428

        Of Attorneys for Defendant
        Cascade Pacific Council,
        Boy Scouts of America

Page 3 -    **STIPULATED MOTION TO REMAND AND FOR
           AWARD OF ATTORNEY FEES AND COSTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2012, I served the following

**STIPULATED MOTION TO REMAND AND FOR AWARD OF ATTORNEY FEES**

**AND COSTS** on the following parties by the method indicated below:

Mr. Randall Vogt
Ms. Barbara C. Long
Randall Vogt, P.C.
1314 NW Irving, Suite 207
Portland, OR  97209
Telephone:  (503) 228-9858
Facsimile:  (503) 228-9860
Email:   vogt4me1@comcast.net
         blong.law@gmail.com

☐ Hand Delivery
☐ Facsimile
☐ U.S. Mail
☐ Overnight Courier
☐ Email
☒ ECF

*Of Attorneys for Plaintiff*

Ms. Nicole M. Rhoades
Mr. Matthew R. Wiese
Davis Rothwell Earle & Xóchihua PC
U.S. Bancorp Tower, Suite 2700
111 SW Fifth Avenue
Portland, OR  97204-3650
Telephone:  (503) 222-4422
Facsimile:  (503) 222-4428
Email:   nrhoades@davisrothwell.com
         mwiese@davisrothwell.com

☐ Hand Delivery
☐ Facsimile
☐ U.S. Mail
☐ Overnight Courier
☐ Email
☒ ECF

*Of Attorneys for Defendant*
*Cascade Pacific Council,*
*Boy Scouts of America*

s/ Margaret Hoffmann
Margaret Hoffmann, OSB #901452

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/004435/188117/MOC/10251532.1